NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STEPHEN ROA,                        )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No. 2D19-2385
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
                                    )
_____ )

Opinion filed September 30, 2020.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Peter Lombardo of Law Office of Peter
Lombardo, Bradenton, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.




PER CURIAM.

            Affirmed.

NORTHCUTT, BLACK, and SLEET, JJ., Concur.